People in your honors, I need to address a person who I didn't know, who is incarcerated in California, and I'm sure she knows who that is as well. She specifically, before you, was a mason, and now lives in Searles, Texas. I mean, it's been three years since she's been here. I find myself a very awkward position, because the flexibility for me to be, like, usually my opinion, and I think, in this case, more times, was that her call to the Searles jury, was what people cited, was based on this court's interpretation of her here, and her interpretation of her here. And this court's interpretation of her here, the court, in fairness, came to the jury on both sides of the cases, and they concluded that the substance of the argument needs to be restricted to the form, and the substance of the argument. At the time, when we used the word, it was a process, it was a constitutional idea, and we don't know if it's been in the past, but it has to do more with how you judge a case substance versus state. The state versus state is, all the substance that comes to the juries, and which is a very, very sensitive matter for a case, and that depends on who the judge is on, which is very hard to use. Generally, it's not a thing, even, most of the time. So, in a way, there's an idea of the jury to be able to judge such an argument, and the jury has to use that judgment, which involves a process, right, related to those issues. And so, I think my question to you, Angela, is that, let's assume that I agree with you, that she, that you know, that she, I realize, it's funny, because I don't think I'm sure I'll be able to speak to this in the Supreme Court. What will happen in the Supreme Court, though, will be released first, and then it's replaced, and I'm very saddened because there is so clearly established, sort of more precedent than it has, failure to specifically inform the judgment that the prosecution may proceed on that, meaning that the jury must be told that it is inconsistent. So, I'm just stressing out that there is a time, underlying, future change, and at this point, the Court is only a separate portion of the Supreme Court, and the Federal Supreme Court, who is required as fully head of the Federal Supreme Court, I think it pronounces that. And so, the Supreme Court itself, being an institution of jurisdiction, will not be called an institution of federal jurisdiction. The Federal Supreme Court is an institution of the Supreme Court. But yet, it's clear to me, so the Supreme Court in her position, because the ministerial position is not an institution of federal jurisdiction, will establish a more passive direction in terms of interest in the question presented, as well as a similar presentation to the Supreme Court in the Senate of the United States. Well, I remember I mentioned in January that this would be a real question. So, at some point, we're going to have to address the merits of the case. So, I think we'll seize this opportunity to come up with an answering rate, but in part, I'm speaking to the fact that we're offering a lot of opportunity in the case. There's a merit or experience. There's a cost. I think that's what it is. Let's bring the question to the auction. Hold this. First of all, we're simply providing an institution of jurisdiction in the United States that will be due process. I mean, I know it's due process right now, but it's just given to the Supreme Court. In fact, the Supreme Court has issued a resolution that the Supreme Court has issued a resolution that says that the court has to have to have a co-construction to to to to to to to to to the the the the to the church to the church to have
judges: Clifton, Ikuta, Hayes